**Rafaela JIMENEZ LUNA, Petitioner,**

v.

**Eric H. HOLDER, Jr., Attorney General, Respondent.**

No. 07–72080.

United States Court of Appeals, Ninth Circuit.

Submitted Sept. 14, 2009.*

Filed Oct. 2, 2009.

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

**328**

John Ayala, Esquire, Alma Cobos–Ayala, Cobos & Ayala, Los Angeles, CA, for Petitioner.

CAC–District Counsel, Esquire, Office of the District Counsel, Department of Homeland Security, Los Angeles, CA, Susan Houser, Kurt B. Larson, Esquire, DOJ–U.S. Department of Justice, Washington, DC, Ronald E. Lefevre, Office of the District Counsel, Department of Homeland Security, San Francisco, CA, for Respondent.

Before: SILVERMAN, RAWLINSON, and CLIFTON, Circuit Judges.

### MEMORANDUM **

Rafaela Jimenez Luna, a native and citizen of Mexico, petitions for review of the Board of Immigration Appeals' ("BIA") order dismissing her appeal from an immigration judge's ("IJ") decision denying her application for cancellation of removal. We have jurisdiction pursuant to 8 U.S.C. § 1252. We review de novo claims of due process violations in immigration proceedings. *Ibarra–Flores v. Gonzales*, 439 F.3d 614, 620 (9th Cir.2006). We deny the petition for review.

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

We agree with the BIA's conclusion that the IJ based her decision on the evidence Jimenez Luna presented. Therefore, Jimenez Luna's claim that she was deprived of a full and fair hearing fails. *Cf. Colmenar v. INS*, 210 F.3d 967, 971 (9th Cir.2000).

### PETITION FOR REVIEW DENIED.